# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAMIRO MATA TAPIA, | ) | 1:05-cv-01257-LJO-TAG HC |
|         Petitioner, | ) | |
| v. | ) | ORDER DENYING MOTION TO RESPOND TO PETITION AND REQUEST FOR STATUS |
| | ) | (Doc. 7) |
| M.S. EVANS, | ) | |
|         Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 14, 2005, Petitioner filed the instant petition in the United States District Court for the Northern District of California; by order of that Court, the matter was transferred to the Eastern District of California on October 4, 2005. (Doc. 5). In his petition, Petitioner challenges his conviction in the Tulare County Superior Court. (Id. at p. 3). On May 26, 2006, Petitioner filed a motion to respond to the petition, in which he inquires about the status of his petition and requests a decision thereon. (Doc. 7).

Case management at the Court proceeds by the order cases are received. The Court is aware of the existence of Petitioner's case and the length of time that it has been pending. However, due to the caseload of the Court, and the Court's diligent handling of each individual case, a Court decision often takes time. Petitioner's case will be ruled on in due course.

With respect to Petitioner's request for a status, as noted in the Litigant Letter served on Petitioner shortly after the filing of the Petition, the Court will not respond to individual inquires regarding the status of a case. (Doc. 6, p. 2). Petitioner was informed that the Court would

1 notify him as soon as any action is taken in his case and that as long as Petitioner keeps the Court
2 informed of his current address, he will receive <u>all</u> decisions that might affect the status of his
3 case. (<u>Id.</u>).
4     Accordingly, Petitioner's motion to respond to the petition (Doc. 7), is DENIED.

6 IT IS SO ORDERED.

7 Dated:   **February 23, 2007**                          /s/ Theresa A. Goldner
  **j6eb3d**                                        UNITED STATES MAGISTRATE JUDGE