# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO MATA TAPIA,<br><br>　　　　　　　　Petitioner,<br><br>　v.<br><br>M. S. EVANS,<br><br>　　　　　　　　Respondent. | 1:05-cv-01257-LJO-TAG HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION (Doc. 18)<br><br>ORDER GRANTING MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS (Doc. 15)<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS (Doc. 5)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　On January 22, 2008, Respondent filed a motion to dismiss the petition for lack of exhaustion. (Doc. 15). On July 28, 2008, the Magistrate Judge assigned to the case filed a Findings and Recommendation recommending the motion to dismiss be granted and the petition for writ of habeas corpus be dismissed because the petition contained unexhausted claims. (Doc. 18). This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within fifteen days from the date of service of that order. To date, the parties have not filed timely objections to the Findings and Recommendation.

　　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　The Findings and Recommendation, filed July 28, 2008 (Doc. 18), is ADOPTED

IN FULL;

2. Respondent's Motion to Dismiss (Doc. 15), is GRANTED;

3. This petition for writ of habeas corpus (Doc. 5), is DISMISSED; and

4. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   September 10, 2008**               /s/ **Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE